IN ACCOUNT WITH

# Williams, Porter, Day and Neville, P.C.
## Attorneys At Law
P. O. Box 10700
Casper, Wyoming, 82602
Telephone (307) 265-0700
Fax (307) 266-2306
E-Mail: wpdn@trib.com
I.D. No. 83-0242075

CONOCO, INC.
McLean Building, Suite 1072
600 N. Dairy Ashford -
P.O. Box 4783
Houston TX 77078-6651
GARY BROWN

December 03, 1999

Invoice #14491

Re: Grynberg v. Conoco, Inc. -- Civil Action No. 97 CV 237D
　　Grynberg v. Amerada Hess Corp. -- Civil Action No. 97 CV 193D

　　50-50 Split of fees/costs between:
　　Conoco, Inc. [Attention: Gary Brown]
　　Amerada Hess Corporation [Attention: David Castro]

　　　　Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 7/30/99 | FDN | Receipt and review of material regarding Kansas action (.3); Check Internet site (.2). | 0.50 |
| 11/5/99 | FDN | Receipt and review various pleadings and check Internet site (.5); Work on potential database (.5). | 1.00 |
| 11/9/99 | FDN | Numerous telephone calls (1.0); Review documents (.6); Meeting regarding approach to motions to dismiss, etc. (1.9). | 3.50 |
|  | AMR | Met with Frank Neville to go over case (.6 hr.); reviewed file (.3 hr.) | 0.90 |
| 11/10/99 | FDN | Telephone calls to Don Schultz of H&H (.3); Telephone call to Stanley Lane (.2); Review orders (.2); Telephone calls regarding joint motion, etc. (.2); Telephone call to Gary Brown of Conoco (.2); Review material at Internet site (.4). | 1.50 |
| 11/12/99 | FDN | Various telephone calls regarding brief, etc. | 0.80 |
| 11/15/99 | FDN | Various telephone calls regarding motion to dismiss (1.2); Meeting with Ann Rochelle regarding same (1.0); Receipt and review draft of motion (.8). | 3.00 |

CONOCO, INC.   Page 2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/15/99 | AMR | Reviewed memos from out-of-state counsel; e-mail memos to Frank Neville re: defenses not raised/waived; reviewed draft motion to dismiss; reviewed Holland & Hart site | 4.30 |
| 11/16/99 | AMR | Reviewed Complaints; draft motion to dismiss; memo to Frank Neville re: case | 4.00 |
| | FDN | Review E-mails regarding new decision, etc. (.6); Receipt and review draft of Amerada-Hess' motion to dismiss with revisions (.4) | 1.00 |
| 11/17/99 | AMR | Met with Frank Neville; review pleadings and motions | 3.00 |
| | FDN | Review new drafts of pleadings, motions, etc. (.4); Do research regarding issues (.6); Meeting with Ann Rochelle regarding recent decisions (.4); Telephone call to Bill Boland (.3); Review revisions (.3); Receipt and review order and procedure order and forward to clients (.4); Research complex litigation issues(.6). | 3.00 |
| 11/18/99 | AMR | Met with Frank Neville re: conference call and motion to dismiss (.2 hr.); attend conference call (1 hr.); prepare for conference call (.3 hr.); call to/from Billie Baxter re: brief, motion and attachments (.2 hr.); printed cases (.2 hr.); call to Billie Baxter re: Geri-Care as "red-flagged" (.1 hr.) | 2.00 |
| | FDN | Work on briefing issues, etc. | 1.00 |
| | FDN | Attend conference call. | 0.50 |
| | SWS | Attend conference call on Qui Tam action with joint defense counsel. | 1.20 |
| 11/19/99 | AMR | Reviewed motions and briefs; assembled attachments; calls to Bill Baxter; letters to clients and fellow attorneys | 1.20 |
| | FDN | Review new and revised briefs and motions (.6); Telephone calls regarding same (.6); Telephone calls regarding filing, etc. (.3). | 1.50 |
| | SWS | Phone calls and discussions with Bill Boland and Billie Baxter re: motion to dismiss complaint for Amerada Hess/Louisiana Gas; pull documents from e-mails and revise; phone call with Clerk of Court re: filing requirements. | 3.20 |

CONOCO, INC.                                                                 Page    3

|            |     |                                                                                                                                                                                                                                                                  | Hours |
|------------|-----|---|---|
| 11/22/99   | AMR | Call to Baxter re: need for conclusions of facts | 0.10 |
|            | FDN | Review e-mails regarding constitutionality of qui tam actions (.3); Review copies of pleadings received (.3); Telephone call to Billy Baxter (.2); Telephone call regarding Supreme Court case status (.2). | 1.00 |
| 11/23/99   | FDN | Receipt and review of new e-mails, pleadings, etc. (.4) Telephone calls regarding need for corrected pleadings (.2); Draft and file same (.4); Telephone calls regarding new pleadings, orders, etc. (.3); Various drafting and revisions, etc., and further telephone calls regarding same (.7). | 2.00 |
|            | SWS | Review proposed findings of fact and conclusions of law; draft proposed orders granting Amerada Hess and Louisiana Gas's motion to dismiss. | 5.80 |
| 11/24/99   | FDN | Receipt and review revised proposed orders, e-mail to and from Billy Baxter and several other e-mails (.6); Telephone calls, revising of pleadings and further joint activities regarding schedules, etc. (.9). | 1.50 |
|            | SWS | Phone calls with Court concerning filing of documents (orders); finalize draft of orders for review by counsel. | 0.70 |
| 11/29/99   | FDN | Further e-mails regarding meeting and scheduling and receipt and review of various pleadings and briefs from other defendants. | 0.50 |
| 11/30/99   | FDN | Review proposed letter and agenda (.3); Telephone call regarding same (.2). | 0.50 |
|            | FDN | Review new materials received and attend conference call regarding same and pretrial issues (1.6); Various telephone calls regarding discovery committee (.4). | 2.00 |

|                                  | Hours | Amount |
|----------------------------------|-------|--------|
| For professional services rendered | 51.20 | $6,460.50 |

### Attorney Summary

| Name              | Hours | Rate   | Amount     |
|-------------------|-------|--------|------------|
| Ann M. Rochelle   | 15.50 | 110.00 | $1,705.00  |
| FRANK D. NEVILLE  | 24.80 | 150.00 | $3,720.00  |
| Scott W. Skavdahl | 10.90 | 95.00  | $1,035.50  |

CONOCO, INC.                                                                 Page    4

    Additional Charges :

|  | Amount |
|---|---:|
| Long distance telephone charges for November 1999. | 12.09 |
| Total costs | $12.09 |
| Total amount of this bill | $6,472.59 |
| Previous balance | $2,863.68 |
| 11/8/99 Paid Check Number : 5061512 C | ($1,545.85) |
| 11/8/99 Paid Check Number : 5061512 C | ($812.97) |
| 11/12/99 Paid Check Number : 0001374591 A | ($97.50) |
| Total payments and adjustments | ($2,456.32) |
| Balance due | $6,879.95 |

Conoco ½ split:
  Previous balance:        $    252.42
  ½ amount of this bill:     3,236.30
  Total bal. due :          $   3,488.72

Amerada Hess ½ split:
  Previous balance:        $    154.94
  ½ amount of this bill:     3,236.29
  Total bal. due:           $   3,391.23

This statement may not include minor charges such as telephone charges, recording fees and the like incurred but not yet billed to us.