# Legal Resolution Center

**7828 Vance Drive, Suite 108**
**Arvada, CO 80003**
**1-888-881-7365 (Toll-Free)**
**303-426-7714 (Fax)**

| Date | Invoice # |
|---|---|
| 1/23/2014 | 12-DEA-100 |

CASE NAME:

Natural Gas Royalties "Qui Tam" Litigation
Special Master: Hon. Donald E. Abram

TO: Johnna Galik, Deputy Clerk
U.S. District Court for Districe of WY
2120 Capitol Ave - Room 2131
Cheyenne, WY 82001

| Terms | Due Date | Initials: |
|---|---|---|
| Net 30 | 2/22/2014 | JO |

| DATE | | # OF HRS. | RATE | AMOUNT |
|---|---|---|---|---|
| 1/23/2014 | Review of pending motions for attorneys' fees and determination of appropriate amount of attorneys' fees to be awarded: see attached itemization | 268.15 | 295.00 | 79,104.25 |
| | Paralegal | 55.5 | 75.00 | 4,162.50 |
| | Copies (3742@.10 a copy) | 3,742 | 0.10 | 374.20 |

**Total Due**     **$83,640.95**

Thank you for your business.

**Fed Tax ID: 84-1471941**

## MDL Legal Resolution Center Case No. 12-DEA-100
## Invoice 12-100-1

| Date | Task | Copies | Time |
|---|---|---|---|
| 2012 | | | |
| 5/8/12 | Conf. call with Judge Skavdahl/Darci Smith | | .30 |
| 5/9 | E-mail Darci Smith re: Notice of Intent submitted to Judge | | .05 |
| 5/16 | E-mail Darci Smith with attached Notice of Intent; reply to e-mail | | .10 |
| 5/29 | E-mail Darci Smith/Grynberg non-opposition | | .05 |
| 6/8 | E-mail reply to Darci Smith | | .05 |
| 7/5 | Review Rule 53 FRCP; prepare affidavit & file | | 1.0 |
| 7/8 | Review Order of Appointment | | .10 |
| 7/12 | E-mail re: set a hearing | | 1.05 |
| 7/15 | Receipt of discs; scan discs for review and index | | 1.0 |
| 7/17 | Review of Order for Deposit of Funds | | .10 |
| 7/22 | Review Judge Downes' Order of July 22, 2011 and cases cited | | 2.20 |
| 8/30 | Review Motion to File Excess Pages by PL; Motion for Scheduling conf. | | .45 |
| 9/5 | Travel to Cheyenne; arrange court room for hearing and method of recording proceeding | | 6.0 |
| 9/11 | Order approving excess pages and set hearing in Cheyenne; arrangements with J. Olive & court clerk | | .30 |
| 9/12 | Prepare for phone conference & follow up with lead counsel on procedures for hearing | | .30 |
| 9/12 | E-mail Attorneys Schultz & Jatko arranging Holland & Hart facilities for hearing on 10/08 | | .10 |
| 9/25 | Confer with J. Olive re: report for hearing | | .15 |
| 10/5 | E-mail w/Atty Schultz re: arrangements for hearing & participation of counsel | | .15 |
| 10/6 | Analyzed briefs of Grynberg & defendants; legal research of cases cited re: 1) *White* case standard; 2) Interlocutory appeal fees; 3) 10th Circuit appellate fees; 4) $CO_2$ defense fees; 5) Fees on fee; and 6) Fees of settled cases; legal research: *Grynberg v. Nielson*; *Broker's Choice v. NBC*; *White v. General Motors*, and other cases cited in the briefs | | 3.30 |
| 10/7 | Research cases cited by parties | | 2.0 |
| 10/8 | Hearing | | 7.0 |
| 10/15 | Research of cases provided by PL. Partial Response (22 pgs); PL Supplemental Response (45 pgs) Def. Reply Brief (88 pgs) | 121 | 5.5 |
| 11/2 | Research recusal cases | | 1.2 |
| 11/5 | Review previous cases on attorney fees and recommendation; research; | | 5.5 |
| | *Health Lawyer, Grynberg v Ernst & Young*; statutory fees; article recovering | | 7.0 |

|  | fees *Qui Tam* |  |  |
|---|---|---|---|
| 11/6 | Scan all of the discs; additional research to determine approach for review of records |  | 2.3 |
| 11/10 | Williams Co. (Doc. 2221-1) Evaluate the 5-page claim on ECM; draft Findings |  | .45 |
| 11/10 | Evaluate Southern Star Central Gas Pipeline (Disc 13)(294 pgs); review claim, Aff., tasks and hours on the disc; hourly fees; *Fox* case in determining fees; draft Findings |  | 2.5 |
| 11/10 | Evaluate CNG Co. (Disc 17); study the 4-page claim & attached billings; draft Findings re: Joint Defense Team (J/T) Findings | 5 | .45 |
| 11/10 | Questar (Disc 1604); study the initial claim; Reply Brief; 1375 pgs on disc; copy 35 pgs of proportional billings of 4 law firms and experts; draft Findings | 35 | 4.3 |
| 12/10 | Commence review of J/T documents from the discs; analyze Toothman report, Grynberg's briefs, transcript of the October hearing & the defense briefs; Judges Findings & Order; outline issues |  | 4.5 |
| 12/11 | Copy: claims for J/T fees & expenses; Joint Reply, Malone Declaration, 2nd affidavit/Schultz; portions of Exhibits 1-14 of Schultz' Affidavit | 325 | 2.0 |
| 12/12 | Begin review of H&H bills & costs (358 pgs) and amended bills/costs; identify tasks of different employees & Schultz, legal or administrative |  | 3.5 |
| 12/13 | Continue evaluation re: expenses in relation to fees (687 pgs); legal research; Toothman and PL. Opposition and Supplement Response to Joint Team fees |  | 4.0 |
| **2013** |  |  |  |
| 1/14 | Rough draft of Schultz/H&Hart Findings of Fact; legal research and documents |  | 3.5 |
| 1/16 | Evaluate Schultz & Belcher bills (Exh. 5); evaluate Schultz & Schultz (Exh. 6) 17 pgs; commence drafting Findings, fees, expenses | 20 | 1.3 |
| 1/16 | Evaluate re: Brown Drew & Massey (Exh. 7) rough draft | 32 | 1.0 |
| 1/16 | Evaluate Skadden Arps (Exh. 8) 52 pgs; Rule 11 research & draft | 52 | 1.0 |
| 1/16 | Evaluate Miller & Chevalier; rough draft (Exh. 9); Rule 11 research and brief (11 pgs) | 11 | .40 |
| 1/16 | Holland & Knight (Exh. 10); original source research, 8 pgs, draft | 8 | .30 |
| 1/16 | Evaluate Akin Gump (Exh. 11) 11 pgs; Interlocutory Appeal & Motion for Attorney Fees; draft | 11 | 2.0 |
| 1/19 | Commence evaluation of Beatty & Wozniak J/T billings (441 pgs); review discs; Toothman objections; copy the summary portions; monthly billings of timekeepers | 72 | 2.2 |
| 1/21 | Review monthly tasks of timekeepers for duplication; redacted portions; Pringle's Findings on sanction; tasks on sanction; original source tasks; costs | 12 | 4.5 |

# MDL Legal Resolution Center Case No. 12-DEA-100
## Invoice 12-100-1

| | | | |
|---|---|---|---|
| | compared to J/T costs | | |
| 1/23 | Continue to review billings & commence a draft of Findings | | 2.3 |
| 1/24 | Begin evaluation of the Fulbright & Jaworski disc billings; (208 pgs); copy documents | 208 | 1.3 |
| 1/25 | Review duplication of tasks by multiple timekeepers; original source doctrine; appeals; conferences; hours for the tasks | | 3.5 |
| 1/28 | Outline timekeepers/hrs., specific tasks; hours by partners on tasks; compare J/T hrs; expenses to time records; separate appeal fees/expenses; subsequent fees/expenses | | 5.0 |
| 1/30 | Legal research and commence draft | | 4.5 |
| 2/1 | Sort Def. Claims by attorney representations: B&W; F&J; Schultz/HH; others | | 1.0 |
| 2/4 | Evaluate El Paso draft billings (906 pgs), copied 27 pgs of summary of billings; Amended Application by Malone | 27 | .45 |
| 2/4 | Detail review of the billings by disc (Hugh Schaefer (12); B&W (224); Brown Drew (134); Greenburg Traurig (151); Zevnick Horton (69); Rothgerber Johnson (27); Skadden Arps (262); disallowed Queque billings; disallowed unnecessary billings; B&W J/T billing comparison | | 2.3 |
| 2/6 | Draft Findings re El Paso | | 1.3 |
| 2/13 | Evaluate Transmontaigne (d.31)(436 pgs); copies portions of bills from disc | 34 | 1.2 |
| 2/14 | Review all documents by disc; disallow for Kansas case & review notations w/out task; calculate disallowed tasks; work on rough draft | | 3.1 |
| 2/14 | Evaluate Apache (disc 34) claims (245 pgs);copy (Exh. 4) (46 pgs & aff.; compare invoices to another B&W billings & costs in March 07; rough draft | 46 | 2.2 |
| 2/18 | Evaluate CenterPoint claim (236 pgs); copy Exh. 6 (26 pgs); Application (21 pgs); review B&W billings & compare to Apache for duplications; compare Medlin invoices to B&W; draft Findings | 47 | 3.5 |
| 2/20 | Second review of & disallowance of review & e-mail entries; redraft Opinion | | 2.0 |
| 2/21 | Evaluate CMS Gas claim; (Disc 24)(449 pgs); use disc evaluation except 26 pgs of invoices; aff. for fes (21); compare billing to Apache; work on rough draft | 47 | 2.8 |
| 2/27 | Evaluate Columbia Energy claim (Disc 18) (786 pgs); copy aff. & specific invoices (46 pgs); review invoices of B&W & Schiff Hardin for duplication, relevance & reasonableness as to direct bills; compare w/other invoice of B&W; draft Findings | 46 | 4.3 |
| 2/28 | Evaluate Panhandle Eastern (Disc 12) (284 invoices and 2011 invoices); copy Application/aff. & 2011 invoices (36 pgs) compare to CMS except for direct billing; draft Findings | 36 | 2.3 |
| 2/28 | Evaluate Source Gas (Rocky Mt. & Northern Source)(Disc 3); reviewed | | 1.5 |

|  |  |  |  |
|---|---|---|---|
|  | invoices and Application; appeal/fee tasks; draft Findings |  |  |
| 3/4 | Evaluate Kinder Morgan (KN Energy) (Disc. 4)(1,200 pgs) (copy 121), review B&W billings & compare to others that were divided; detail evaluation of direct billing for KN; broke down costs relation to KN; identified "NC" billings; several drafts | 121 | 6.4 |
| 3/6 | Evaluate Holland & Knight invoices & aff; identify tasks that were informative or educational only; legal research on DOJ tasks & white paper; begin draft |  | 3.1 |
| 3/7 | KN not billed for Advisory El Paso, Rule 11 & portion of the Advisory billings; recalculate fees & expenses & rewrote draft |  | 1.3 |
| 3/8 | Evaluate the Conoco Phillips billing (Disc 30) (365 pgs) & affidavits; copy documents; draft initial Finding; review other billings for Porter; recalculated Findings | 385 | 3.8 |
| 3/8 | Evaluate the Venice Energy (Disc 21) billings, affidavits, Reply Brief, Amended Application for fees; billing consists of 31 Exhibits (121 pgs); draft Findings | 121 | 2.2 |
| 3/11 | Evaluate Agave Energy invoices & affidavits (Disc 23)(42 pgs); review Reply Brief & invoices; case relates to Transwestern; work on rough draft | 42 | 2.3 |
| 3/11 | Evaluate Transwestern Pipeline invoices, Application & Reply Brief (Disc 9)(146 pgs) copied 43 pages related to Transwestern, Agave, Equitable, Northern Natural Gas; draft | 43 | 1.5 |
| 3/11 | Evaluate Equitable Resources Application (Disc 20), Reply Brief, invoices, Notice of Correction to Application (247), continue draft | 121 | 1.5 |
| 3/12 | Evaluate Northern Natural Gas Application (Disc 10), Reply Brief, invoices (125 pgs); review application, Reply Brief, invoices; draft of Findings | 101 | 1.5 |
| 3/12 | Evaluate Florida Gas (Disc 11), review invoices, Reply Brief; it relates to Agave, Transwestern, Equitable, Northern Natural Gas; draft Findings |  | 1.0 |
| 3/15 | Evaluate Snyder Oil n/k/a Devon Energy (Disc 29)(162 pgs); copy 39 pgs; review Application, tasks & hourly fees & Pacific documents; draft Findings | 39 | 1.7 |
| 3/15 | Evaluate Pacific G&E (Disc 2)(228 pgs); copy 14 pgs; review Application, tasks & hourly fees; work on draft of Findings | 14 | 1.7 |
| 3/15 | Evaluate Public Service Co. (Disc 35)(623 pgs); copy 67 pgs; study tasks & hours by disc; Motion for fees; Amended Application; Reply, draft Findings | 67 | 4.0 |
| 3/20 | Evaluate Marathon Oil (Disc 26)(386 pgs); copy 326; study tasks & hour; review lack of tasks; hourly fee; administrative tasks; work on two drafts | 326 | 2.5 |
| 3/20 | Evaluate Delphi Gas (ECF 2203); representation covered by Marathon in-house counsel; billing limited to joint defense fees & expenses |  | 1.0 |

| 3/20 | Evaluate Atmos Energy claims (Disc 8)(46 pgs); review tasks, hours, Application, Grynberg letter; review 23 pgs of claim; review of multiple entries w/out tasks | 30 | 1.45 |
|---|---|---|---|
| 4/3 | Evaluate Burlington defendants' claims (Disc 28)(568 pgs); copy 382 pgs; hourly billings "review" w/out tasks; lack of tasks in defense of case; excessive daily billings; legal cases, rough drafting after reductions | 382 | 5.3 |
| 4/5 | Evaluate Enogex defendants' claims (Disc 16) (1426 pgs); copy 113 pgs; review tasks & hours with breakdown of individual timekeepers; review entries; entries w/o tasks, administrative entries; tasks as they relate to defense; appeal and fee claims; work on draft of Findings | 113 | 4.0 |
| 4/8 | Evaluate Dynegy claims (Disc 23)(325) copies waived; review hours & tasks; excellent detail of tasks supported hours documented; draft Findings | | 2.3 |
| 4/10 | Evaluate Blue Dolphin claims (Disc 27) (120 pgs); outline the tasks & hours; review detail of Dorfman & McBride tasks; review expense; draft Findings | 22 | 2.7 |
| 4/22 | Commence evaluation of Fulbright cases: evaluate Southwestern Energy (Disc 32)(332 pgs); review Application; Reply Brief; F&J billings and Thompson invoices; F&J tasks prior to MDL – motions & briefs & MDL tasks through 2001, Thompson firms, 2002; draft Findings | 108 | 3.5 |
| 4/23 | Evaluate PanEnergy (Disc 7)(245 pgs) copy 209 pgs; 24 timekeepers for F&J; review Application, Reply, Affidavits & billings; separately identify tasks of Pecht, Price, Morgan & Gerber; identify administrative tasks, review conferences & excessive tasks; compare hourly fees & increases | 209 | 5.0 |
| 4/24 | Continue review of Brown law firm tasks & hours for administrative, duplicative & El Paso billing; reduction of 50% as in El Paso; two drafts | | 3.5 |
| 4/25 | Evaluate Shell Oil Co. claims; (Disc. 19) (89 pgs) (22 timekeepers) review claim, Reply Brief, Bio & billings; identify tasks of primary timekeepers particularly to excessive reviews, conferences, administrative tasks & hourly fees; compare to F&J billings in other cases; three drafts | 89 | 5.5 |
| 4/26 | Evaluate Acadia Gas (Disc 14)(39 pgs) (19 timekeepers) & Coral Energy (Disc 15)(19 pgs)(15 timekeepers); review claims; identify tasks & hourly billings; compare the billings & determine duplication; identify tasks relating to reviews, conferences and administrative tasks; compare GPM billings; drafts for each defendant | 34 | 4.5 |
| 4/29 | Evaluate GPM claim (Disc 33)(37 pgs) (29 timekeepers) identify tasks & hourly billings, claim & Reply; Carrell tasks, Anderson tasks & hours; McClure tasks & hours; review 533 U.S. 1017; identify hours on appeal prior to MDL; modify costs; research on conflict of interest | 37 | 3.5 |
| 5/6 | Commence draft of the Joint Team findings; review Discs 1 & 36 w/notes; | | 5.5 |

MDL Legal Resolution Center Case No. 12-DEA-100
Invoice 12-100-1

|  | gather J/T rough drafts; Schultz' Exh. 1-4 on J/T claims & costs, appeal participation; commence drafting & combining Def. Claims for jointly-incurred attorney fees & expenses |  |  |
|---|---|---|---|
| 5/8 | Calculate fees against fees claimed (15% difference); continue rough draft; correct & change Findings of the individual J/T defendants |  | 5.0 |
| 5/9 | Gather & organize documents of defense drafts |  | 2.3 |
| 5/16 | Organize copies of researched cases; commence summary of opinions by legal issue |  | 2.5 |
| 5/17 | Continue summary |  | 3.5 |
| 5/17 | Additional research appeal-10[th] Circuit cases |  | 3.0 |
| 6/4-5 | Gather prior research & commence draft law that applies to all defendants |  | 8.5 |
| 6/20 | Amend Marathon, Venice Findings |  | .25 |
| 6/21 | Amend Florida Gas, Northern Gas Findings |  | .25 |
| 6/22 | Amend GPM & Coral Findings |  | .40 |
| 7/4 | Revise Findings alphabetically; summaries of individual defendants |  | 6.5 |
| 7/6 | Adjust percentage disallowed for J/T expenses for the following: Acadia, Agave, Apache, Atmos, Blue Dolphin, Burlington, CenterPoint, CMS, CNG, Columbia Gas, Conoco, Delphi, Dynergy, El Paso, Equitable, KN, Pacific Gas, Pan Energy, PSCO, Questar, Shell Gas, Snyder, Southern Star, Southwestern Energy, Transmontaign, Transwestern Pipeline, Williams, Northern Gas, Enogex |  | 4.2 |
| 7/7 | Continue Northern Gas, Enogex, Natural Gas, recalculate summary of fees & expenses |  | 2.5 |
| 7/30 | Review & submit for filing with the Court |  | 1.3 |
| 8/9 | Order Defining Procedures to Correct or Amend Findings of Fact, Conclusions of Law submitted by Jatko & Porter |  | .15 |
| 8/13 | E-mail Schultz |  | .05 |
| 8/14 | Conference with J. Olive re attachment of documents |  | .20 |
| 8/15 | Submission of missing Findings |  | .15 |
| 10/2 | Download pleadings 2312, 2313, 2314, 2315, 2316, 2317 (1-12), 2318, 2319, 2320, 2321, 2322, & 2323; review pleadings & determine priority | 143 | 2.3 |
| 10/3 | Document 2312; Stipulation by Relator and defendants for each defendant revised Findings, for each defendant and final fees & expenses: Agave Energy; Blue Dolphin, Pipeline; Conoco Phillips; Coral Energy; Equitable Resources, GPM Gas; Marathon Oil, PanEnergy n/k/a Spectra energy; Shell Oil; Snyder & Southwest Energy |  | 4.15 |
| 10/3 | Document 2314: second Stipulation: Southern Star Central Gas |  | .20 |
| 10/14 | Enterprise defendants' request for C&C (2316) & Relator's Response; review |  | 1.0 |

| | | | |
|---|---|---|---|
| | the Acadian file and revise Findings in accordance with the Enterprise Request for Corrections and Clarification | | |
| 10/23 | Commence addressing Relator's Suggestion to Correct or Clarify (2315); B&W's requested Corrections and Clarifications (2317-1-11); B&W Response to Relator's 2315 (2319); Relator's Response to B&W Request 2317 (2321); Errata to Transmontaigne's Request (2323); review files of Apache; CenterPoint; CMS; Columbia; KN, Panhandle; SourceGas & Transmontaigne and w/individual requests; revise Findings for each Defendant; Order | | 7.0 |
| 10/30 | Revise summary and final total; submit to J. Olive for editing and for summary of totals | | 2.3 |
| 11/7 | Conference and review with J. Olive & S. Carter on the final Second Amended Findings and submission to Court | | 4.0 |
| | **Paralegal hours: 21 (Sue) Judy 34.5 @ $75/hour = 55.5 X 75 =$ 4162.50** | | |
| | **Total number of copies @ .10 per page =                      $ 374.20** | 3742 | |
| | **Total hours: 268.15 hrs. @ $295/hr. =                        $ 79,104.25** | | 268.15 |