FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 APR 22  AM 11 05

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN RE:<br>**Natural Gas Royalties**<br>*Qui Tam* **Litigation** | Case No. 99-MD-1293; All Cases |

**AMENDED ORDER APPROVING STIPULATION REGARDING REASONABLE AND NECESSARY AMOUNTS OF DEFENDANTS' APPEAL-RELATED ATTORNEYS' FEES AND EXPENSES**

This matter is before the Court upon a Stipulation Regarding Reasonable and Necessary Amounts of Defendants' Appeal-Related Attorneys' Fees and Expenses. [Doc. 2377]. The claims for those fees and expenses by a number of Defendants have subsequently been dismissed pursuant to stipulations with Jack J. Grynberg. [Doc. 2389, Doc. 2391, Doc. 2393, Doc. 2395, Doc. 2397, Doc. 2399]. The appellate attorney fees and expenses indicated on Exhibit 1 hereto have thus been accordingly adjusted.

The Court having reviewed the Stipulation, the file herein, and being otherwise fully advised FINDS the Stipulation is consistent with a fair and reasonable reading and application of the Second Amended Findings of Fact and Conclusions of Law of the Special Master, and the Defendants incurred reasonable and necessary appeal-related attorneys' fees

and expenses in the amounts set forth on Exhibit 1, and thus good cause exists to approve the Stipulation.

**IT IS THEREFORE HEREBY ORDERED** the Stipulation Regarding Reasonable and Necessary Amounts of Defendants' Appeal-related Attorneys' Fees and Expenses. [Doc. 2377] is **APPROVED** in the amounts set forth in Exhibit 1 attached hereto and incorporated herein by reference.

Dated this 21st day of April, 2015.

*/s/ Alan B. Johnson*
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE

## ORDER APPROVING STIPULATION REGARDING REASONABLE AND NECESSARTNECESSARY AMOUNTS OF DEFENDANTS' APPEAL-RELATED ATTORNEYS' FEES AND EXPENSES –
### Exhibit 1

| Case No. 99 MD | Defendant Group Name | Separate Appellate Fees and Expenses | Joint Appellate Fees and Expenses | Total Appellate Fees and Expenses |
|---|---|---|---|---|
| 1626 | Acadian a/k/a Enterprise | 0.00 | $0.00 | $0.00 |
| 1635 | Agave | $1,045.00 | $26,233.54 | $27,278.54 |
| 1684 | Apache | $71,549.56 | $0.00 | $71,549.56 |
| 1607 | Atmos | $29,273.00 | $27,167.08 | $56,440.08 |
| 1650 | Blue Dolphin | $94,359.27 | $12,073.11[1] | $106,432.38 |
| 1656 | Burlington Resources | $13,459.00 | $45,563.82 | $59,022.82 |
| 1644 | CenterPoint | $40,776.68 | $0.00 | $40,776.68 |
| 1633 | CMS | $41,587.68 | $0.00 | $41,587.68 |
| 1627 | CNG (Dominion) | $0.00 | $25,072.94 | $25,072.94 |
| 1628 | Columbia | $44,144.10 | $0.00 | $44,144.10 |
| 1666 | ConocoPhillips | $38,570.00 | $27,050.70 | $65,620.70 |
| 1626 | Coral | $0.00 | $0.00 | $0.00 |
| 1631 | Dynegy | $28,186.00 | $15,821.55 | $44,007.55 |
| 1645 | Delhi (Joint Fees Only) | $0.00 | $0.00 | $0.00 |
| 1609, et al | El Paso | $0.00 | $73,779.69 | $73,779.69 |
| 1641 | Enogex and OG&E | $196,115.34 | $25,640.07 | $221,755.41 |

[1] Blue Dolphin and Relator stipulate that the listed amount represents Blue Dolphin's reasonable joint fees and expenses disallowed by the Master because treated by the Master as appeal-related. Blue Dolphin reserves its argument that it did not pay any joint fees for appeal purposes, and therefore this amount should be added to its award even if appeal fees are not awarded. See Dkt 2337 (Blue Dolphin's Motion to Modify). Relator likewise reserves his contrary argument. See Dkt 2376 (Relator's Response to The Individual Defendants' Motions to Modify, etc. at 7).

**ORDER APPROVING STIPULATION REGARDING REASONABLE AND NECESSARTNECESSARY AMOUNTS OF DEFENDANTS' APPEAL-RELATED ATTORNEYS' FEES AND EXPENSES – Exhibit 1**

| | | | | |
|---|---|---|---|---|
| 1630 | Equitable | $31,632.42 | $27,539.49 | $59,171.91 |
| 1608 | Florida Gas | $25,921.43 | $0.00 | $25,921.43 |
| 1682 | GPM | $0.00 | $0.00 | $0.00 |
| 1603 | KN Energy | $94,831.65 | $0.00 | $94,831.65 |
| 1645 | Marathon | $0.00 | $0.00 | $0.00 |
| 1608 | Northern Natural Gas Company | $32,065.18 | $0.00 | $32,065.18 |
| 1602 | PG&E | $0.00 | $0.00 | $0.00 |
| 1610 | Panenergy/Spectra | $0.00 | $0.00 | $0.00 |
| 1610 | **Panhandle, Pan Gas, et al** | $40,776.68 | $0.00 | $40,776.68 |
| 1612 | PSCo | $60,708.49 | $25,386.97 | $86,095.46 |
| 1604 | Questar | $132,278.87 | $26,970.80 | $159,249.67 |
| 1603 | RMNG, NN (SourceGas | $60,508.64 | $0.00 | $60,508.64 |
| 1629 | Shell | $99,366.93 | $27,257.57 | $126,624.50 |
| 1659 | Snyder | $500.00 | $26,785.31 | $27,285.31 |
| 1614 | Southern Star | $0.00 | $0.00 | $0.00 |
| 1670 | Southwestern Energy | $500.00 | $26,306.42 | $26,806.42 |
| 1669 | Transmontaigne | $41,199.18 | $0.00 | $41,199.18 |
| 1608 | Transwestern, et al | $126,663.47 | $24,981.55 | $151,645.02 |
| 1614 | Williams - Joint Fees Only | $0.00 | $51,935.00 | $51,935.00 |
| | Totals | $1,346,018.57 | $515,565.61 | $1,861,584.18 |