

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN RE:<br>Natural Gas Royalties<br>*Qui Tam* Litigation | Case No. 99-MD-1293 |

## ORDER ON REMAND RE: SPECIAL MASTER SECOND AMENDED FINDINGS AND CONCLUSIONS REGARDING AWARD OF ATTORNEY FEES AND EXPENSES

This matter is before the Court on remand from the Tenth Circuit Court of Appeals which affirmed the award by this Court of False Claims Act attorney fees and expense, and reversed the award of appellate-related attorney fees. [Doc. 2511].

**IT IS THEREFORE HEREBY ORDERED the REASONABLE FEES AND EXPENSES** as determined by the Special Master **ARE AWARDED** in the amounts indicated to the following designated Defendants in each identified docket number:

| D. Wyo.<br>Case No. | Defendant Group | Reasonable Fees and Expenses |
|---|---|---|
| 99-MD-1635 | Agave | $215,007.48 |
| 99-MD-1609,<br>99-MD-1605,<br>99-MD-1625,<br>and 00-MD-1632 | El Paso | $1,669,454.16 |
| 99-MD-1603, | KN Energy | $1,993,701.96 |

| | | |
|---|---|---|
| 99-MD-1609, 99-MD- 1626, 99-MD-1668 | | |
| 99-MD-1610, 99-MD-1625 | Panhandle, Pan Gas, et al | $206,402.73 |
| 99-MD-1603 | RMNG, NN (SourceGas) | $22,200.52 |
| 99-MD-1608 | Transwestern | $985,255.79 |
| 99-MD-1659 | Snyder | $190,238.39 |
| | | |
| | Total | $5,282,261.03 |
| | | |

**IT IS FURTHER HEREBY ORDERED** the following Judgments are fully satisfied based on the Tenth Circuit reversal of appellate-related attorney fees:

| D. Wyo. Case No. | Docket Numbers | Case No. 99-MD-1293 - J Doc. Number 2406, page |
|---|---|---|
| 04-MD-1684 | 348 | 52 |
| 99-MD-1644 | 755 | 40 |
| 99-MD-1628 | 734 | 28 |
| 99-MD-1666 | 793 | 46 |
| 99-MD-1626, 1640 and 1641 | 772, 775, 756 | 38 |
| 99-MD-1669 | 728 | 42 |

IT IS FINALLY HEREBY ORDERED the following judgments are vacated to be replaced with Judgments on Remand:

| D. Wyo. Case No. | Docket Numbers | Case No. 99-MD-1293 - J Doc. Number 2406, page |
|---|---|---|
| 99-MD-1635 - Agave | 719 | 36 |
| 99-MD-1609, 1605, 1625, and 00-MD-1632 - El Paso | 758, 744, 727, and 727 | 6 |
| 99-MD-1603, 1609, 1626, 1668 - KN Energy | 821, 745, 776, 774 | 1 |
| 99-MD-1610, 1625 - Panhandle, Pan Gas, et al | 736, 729 | 18 |
| 99-MD-1608 - Transwestern | 774 | 14 |
| 99-MD-1659 - Snyder | 739 | 44 |
| 99-MD-1603 - RMNG, NN (SourceGas) | 822 | |

Dated this 6th day of February, 2017.

*/s/ Alan B. Johnson*
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE